

# MEMORANDUM

**To:** The Honorable Rya W. Zobel, Senior U.S. District Judge

**From:** Stacey Alston, U.S. Probation Officer

**Re:** Ileana Valdez

Dkt. 15-CR-10149

<u>Request for International Travel</u>

**Date:** October 23, 2018

Ms. Valdez appeared before Your Honor on July 27, 2018, having previously pled guilty to Conspiracy to Distribute Cocaine, Cocaine Base, and Heroin in violation of in violation of 21 U.S.C. § 846; Concealment Money Laundering, in violation of 18 U.S.C. § 1956 (a)(1)(B) and Unlawful Monetary Transaction, in violation of 18 U.S.C § 1957.   On that date, she was sentenced to 26 Months custody to be followed by 60 months of supervised release.

The purpose of this memorandum is to advise the Court that Ms. Valdez has requested permission to travel to the Dominican Republic.   The purpose of her travel to the Dominican Republic is to help manage her father's business.   In accordance with our office's district policy, Ms. Valdez contacted the Consulate General of the Dominican Republic in an attempt to receive written permission to travel their country. Ms. Valdez was told they do not provide letters which was verified by the Probation Office.

Due to her role with her father's business, Ms. Valdez anticipates that she will have to make additional trips to the Dominican Republic.   At this time, there are no issues of noncompliance and the probation office has no objection to ongoing travel to the Dominican Republic.   If Your Honor has no objection to this travel, and future travel to the Dominican Republic, provided she receives approval from the

probation office, please indicate by signing below.

Reviewed and Approved by:

/s/ Jeffrey R. Smith
Jeffrey R. Smith
Supervising U.S. Probation Officer

_____

[   ] I Concur, International Travel Approved

[   ] I Do Not Concur

_____
The Honorable Rya W. Zobel
Senior U.S. District Judge

Date: _____